fendants. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 121 N. Y. Supp. 1150.

UNITED METALS CO. v. NEWHOUSE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by United Metals Company against Samuel Newhouse. J. A. Carver, for plaintiff. A. Benedict, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

UNITED METALS SELLING CO., Respondent, v. AMERICAN SMELTING & REFINING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by the United Metals Selling Company against the American Smelting & Refining Company. J. F. Workum, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UNITED STATES WOOD PRESERVING CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by the United States Wood Preserving Company against the City of New York. T. Farley, for appellant. J. J. Cuuneen, for respondent. No opinion. Judgment and order affirmed, with costs.

UTESS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Max F. Utess against the Erie Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent. upon the ground that the engineer in charge of the train was not shown guilty of negligence which caused or contributed to the injury, and that in any event the proof does not bring the case within the provisions of the Barnes act. See opinion of McLennan, P. J., in same case on former appeal, reported at 131 App. Div. 447, 115 N. Y. Supp. 389.

VAN ALSTINE et al., Respondents, v. STANDARD LIGHT, HEAT & POWER CO. OF UNADILLA, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Susie L. Van Alstine and another, as administrators, etc., of Orson A. Van Alstine, deceased, against the Standard Light, Heat & Power Company of Unadilla, N. Y. No opinion. Motion granted. See, also, 121 N. Y. Supp. 1150.

VAN DE CARR, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by John E. Van De Carr against the Press Publishing Company. No opinion. The plaintiff herein having died since the argument of this appeal, the appeal is discontinued. without costs to either party.

VAN SCHAICK, Respondent, v. HEYMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1910.) Action by Dunelle Van Schaick against Oscar Heyman and another. W. S. Gordon, for appellants. W. H. Hamilton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAUGHAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by Richard L. Vaughan against John Smith. No opinion. Order affirmed, with costs. See, also, 133 App. Div. 926, 117 N. Y. Supp. 1149, and 134 App. Div. 985, 119 N. Y. Supp. 1148.

VIBBARD, Respondent, v. KINSER CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Dora Vibbard, as executrix, etc., of Harry R. Vibbard, deceased, against the Kinser Construction Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 66 Misc. Rep. 224, 122 N. Y. Supp. 1068.

VIBBARD v. KINSER CONST. CO. (Supreme Court, Appellate Division, Third Department. May 13, 1910.) Action by Dora Vibbard, as executrix of the last will and testament of Harry R. Vibbard, deceased, against the Kinser Construction Company. No opinion. Motion denied. Stay vacated. See, also, supra.

VILLAGE OF PELHAM MANOR, Appellant, v. WESTCHESTER LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by the Village of Pelham Manor against the Westchester Lighting Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

VOGEL & BINDER CO. v. MONTGOMERY et al. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the Vogel & Binder Company against William J. Montgomery and others. No opinion. Judgment affirmed, with costs against the appellants individually.

VOIT, Appellant, v. SHAMROTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Charles Voit against Charles Shamroth and another. No opinion. Appeal dismissed, with costs, for the reason that an appeal does not lie from an order disposing of a demurrer in a Municipal Court action. See Weiner v. Yale Knitting Mills (decided May 26, 1910) 123 N. Y. Supp. 327.

VON BREMEN et al. v. MacMONIES et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Henry Von Bremen and others against Frank MacMonies and others. No opinion. Motion for reargument denied. Motion to appeal to Court